**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 5, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | Case No: 17-33832 |
| Patricia Schulke | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION, AMENDING PLAN (Doc. 7) AT BAR and ORDERING TRUSTEE TO SUBMIT A CONFIRMATION ORDER

This matter was scheduled for hearing on March 1, 2018, upon the Debtor's Chapter 13 Plan (Doc. 7), and the Chapter 13 Trustee's Objection to Confirmation (Doc. 14).

In accordance with the parties agreement resolving the Chapter 13 Trustee's Objection, IT IS ORDERED that the Debtor's Plan be amended as follows:

1) provide that the Chapter 13 Trustee's Objection to Plan is hereby resolved;

2) increase plan payments to $1,476.00 per month;

IT IS FURTHER ORDERED that the Trustee shall submit a proposed confirmation order to the Court.

IT IS SO ORDERED.

Approved By:

| /S/ Jeffrey M. Kellner | /S/ Thomas D Berry |
|---|---|
| JEFFREY M. KELLNER  0022205 | THOMAS D BERRY  0032566 |
| CHAPTER 13 TRUSTEE | ATTORNEY FOR DEBTOR |
| 131 N LUDLOW ST   SUITE 900 | 4630 SALEM AVE |
| DAYTON, OH  45402-1161 | DAYTON, OH  45416 |
| (937) 222-7600  FAX (937) 222-7383 | (937) 278-9333  FAX (937) 278-9335 |
| email: chapter13@dayton13.com | email: 110968@msn.com |

**Copies:**
Default List.